THE PEOPLE ex rel. GEORGE F. COMSTOCK, Appellant, *v.* THE MAYOR, etc., of the City of Syracuse, Respondent.

(Submitted June 16, 1891; decided October 6, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 3, 1891, which reversed an order of Special Term granting a writ of peremptory mandamus.

*Charles H. Peck* for appellant, and *George F. Comstock*, appellant in person.

*C. L. Stone* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.